This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38357

**JUSTIN SAVELL,**

Worker-Appellee,

v.

**WASTE MANAGEMENT OF
NEW MEXICO and
GALLAGHER BASSETT,**

Employer/Insurer-Appellants.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION
Rachel A. Bayless, Hearing Officer**

Veronica A. Dorato
Albuquerque, NM

for Appellee

Hale & Dixon, P.C.
Timothy S. Hale
Albuquerque, NM

for Appellants

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**{2}     AFFIRMED.**

**{3}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JACQUELINE R. MEDINA, Judge**